IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL LAWS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-4588 |
| | : | |
| HUSQVARNA GROUP, et al. | : | |

## **ORDER**

AND NOW, this 3rd day of February, 2023, upon consideration of Defendants Husqvarna Group and Lowe's Home Centers' Motion to Dismiss (ECF No. 11) and Plaintiffs Nathaniel and Tanya Laws' response in opposition thereto, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED IN PART and DENIED IN PART as outlined in the Memorandum. Plaintiffs are granted leave to amend their Complaint.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.